FILED
CLERK, U.S. DISTRICT COURT
11/14/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: DTA DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES BRADFORD,<br>Defendant. | No. SA CR 20-18(B)-JVS<br><br>S U P P L E M E N T A L I N F O R M A T I O N<br><br>[26 U.S.C. § 7206(2): Aiding and Assisting in the Preparation of a False Tax Return] |

The United States Attorney charges:

[26 U.S.C. § 7206(2)]

On or about February 19, 2016, in Orange County, within the Central District of California, and elsewhere, defendant JAMES BRADFORD willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of a U.S. Income Tax Return for an S Corporation, Form 1120-S, in the name of defendant BRADFORD's corporation Products for Doctors ("PFD") for calendar year 2015, which was false and fraudulent as to a material matter, in that the Itemized Other Costs Schedule attached to such Form 1120-S reported that PFD had management and marketing expenses for calendar year 2015 in the amount of $11,540,498, when, in fact, as defendant BRADFORD then knew

and believed, the deductible management and marketing expenses for PFD for calendar year 2015 were substantially lower than the reported amount because PFD was not permitted to claim as management and marketing expenses those expenses that corresponded to commission payments constituting illegal kickbacks.

E. MARTIN ESTRADA
United States Attorney



SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

MARK AVEIS
DAVID H. CHAO
Assistant United States Attorneys
Major Frauds Section